UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID L. MAY,<br><br>                              Plaintiff,<br><br>     v.<br><br>JOHN D. SNAZA, SERGEANT NOBLE,<br><br>                              Defendants. | No. C14-5695 RBL-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) This action is **Dismissed without Prejudice** for failure to state a claim and the application to proceed in forma pauperis **denied as moot.**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 4th day of November, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1